**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| **POSEIDON RESOURCES LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 4:26-cv-00056** |
| **PROGITEC MTP S.R.L.,** | ) | |
| **EQUIPNET, INC.,** | ) | |
| **TUVIA ITALIA S.P.A., and** | ) | |
| **MSC MEDITERRANEAN** | ) | |
| **SHIPPING** | ) | |
| **COMPANY S.A.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order on March 19, 2026, (Doc. 10) and in accordance with Rules 16(b) and 26(f), Fed. R. Civ. P. and Local Rules 16.1 and 26.1, the parties submit the following Proposed Scheduling Order and Discovery Plan. Nothing herein shall be deemed a waiver of any party's jurisdictional, venue, or service defenses.

## I. DISCOVERY PLAN AND SCHEDULING DEADLINES

| Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | 10/05/2026 |
| Amendment of Pleadings | 30 days before discovery deadline | 10/05/2026 |
| Plaintiff Expert Designation | 60 days before discovery deadline | 09/04/2026 |
| Defendant Expert Designation | 30 days after Plaintiff Expert deadline | 10/05/2026 |
| Rebuttal Expert Designation | 14 days before discovery deadline | 10/21/2026 |
| Discovery Dispute Motions | At least 14 days before discovery deadline | 10/21/2026 |
| Completion of Discovery (both fact and expert discovery) | 180 days from this proposed order (Local Rule 26.1(c)2) | 11/04/2026 |
| Dispositive Motions | 30 days after discovery deadline | 12/04/2026 |

## II. COURT CONFERENCES AND TRIAL DATE

| Court Setting | Guidelines | Date | Time |
|---|---|---|---|
| Court Status Conference Date | 30 days before discovery deadline | 10/05/2026 | 10:00 am |
| Initial Pretrial Conference Date | 30 days before trial | 04/02/2027 | 10:00 am |
| Final Pretrial Conference Date | Thursday or Friday before trial | 04/30/2027 | 10:00 am |
| Trial Date | 150 days from dispositive motion deadline | 05/03/2027 | 8:30 a.m. |

## III. PRETRIAL AND TRIAL FILING DEADLINES

| Pretrial and Trial Documents | Deadlines |
|---|---|
| Motions in Limine | 14 days prior to initial pretrial conference |
| Responses to Motions in Limine | 7 days prior to initial pretrial conference |
| Deposition Designations | 14 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Objections to Deposition Designations | 10 days prior to initial pretrial conference |
| Cross-Exam Deposition Designations | 10 days prior to initial pretrial conference |
| Objections to Cross-Exam Deposition Designations | 7 days prior to initial pretrial conference |
| Stipulation of Uncontroverted Facts | 3 days prior to initial pretrial conference (Local Rule 40.1) |
| Stipulation of Admissibility of Evidence | 3 days prior to initial pretrial conference |
| Witness List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Exhibit List | 3 days prior to initial pretrial conference (Fed. R. Civ. P. 26(a)(3)) |
| Jury Instructions (if jury trial) | 14 days prior to trial (Local Rule 40.1 and 51.1) |
| Trial Briefs | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |
| Voir Dire (if jury trial) | 5 days prior to trial (Fed. R. Civ. P. 26(a)(3)) |

## IV. CHAMBERS' PROTOCOL

1. COURT CONFERENCES. (*See* Section II above). Generally, conferences in Western and St. Joseph Division cases are held at the U.S. District Courthouse in Kansas City, Missouri. Conferences in cases pending in all other divisions (Central, Southern, and Southwestern) are generally held via telephone.

2. **DISCOVERY DISPUTES.** Any discovery motion filed without complying with Local Rule 37.1 will be denied. In the event that a teleconference is needed, contact the Court at (816) 512-5760.

3. **EXPERT WITNESSES.** Expert witnesses include retained experts as well as fact witnesses from whom expert opinions will be elicited at trial.

For expert witnesses identified in Fed. R. Civ. P. 26(a)(2)(B), the designation shall include an affidavit, containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi). Expert witnesses may testify only as to matters contained in the affidavit described above unless leave of Court is granted upon good cause shown.

4. **COMPLETION OF DISCOVERY.** All discovery requests and depositions shall be submitted and/or scheduled prior to the deadline for completion of discovery, and shall allow sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Rules, and/or orders of this Court.

5. **SUMMARY JUDGMENT MOTIONS.** All motions for summary judgment shall comply with Local Rules 7.0 and 56.1. The response and reply shall set forth (restate) each statement of fact, and additional statement of fact, utilizing the original paragraph number immediately before admitting or denying factual statements.

Respectfully submitted,

*/s/ Jake Miller*
Jake Miller, MO #72292
Grissom Miller Law Firm, LLC
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
T – 816-336-1213
F – 816-384-1623
jake@grissommiller.com
*ATTORNEY FOR THE PLAINTIFF*

BAKER STERCHI COWDEN & RICE LLC

/s/ Dylan L. Murray
James Scott Kreamer MO #39682
Dylan L. Murray MO #46373
2400 Pershing Road
Suite 500
Kansas City, Missouri 64108
Tel: 816/471-2121
Fax: 816/472-0288
kreamer@bakersterchi.com
dmurray@bakersterchi.com
ATTORNEYS FOR DEFENDANT EQUIPNET, INC.

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ Robert J. Hoffman
Robert J. Hoffman (MO #44486)
Naomi Buie (MO #76565)
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
bob.hoffman@bclplaw.com
naomi.buie@bclplaw.com

ATTORNEYS FOR DEFENDANT *PROGITEC MTP S.R.L.*

The Defendant, TUVIA ITALIA S.P.A.

By: /s/#52874MO
Daniel L. Massey, Esq.
Stone, Leyton & Gershman, P.C.
7733 Forsyth Boulevard
Suite 500
Saint Louis, MO 63015
(314)721-7011
dmassey@stoneleyton.com

and

Patrick F. Lennon, Esq.
Steven R. Winters, Esq.
Lennon, Murphy & Phillips, LLC

420 Lexington Ave., Suite 300
New York, NY 10170
(212)490-6050
pfl@lmplaw.net
srw@lmplaw.net
***Admitted Pro Hac Vice***

***ATTORNEYS FOR DEFENDANT TUVIA ITALIA S.p.A***