**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| POSEIDON RESOURCES LLC<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PROGITEC MTP S.R.L.,<br>Defendant/Cross-Claim Defendant,<br><br>EQUIPNET, INC.,<br>Defendant/Counterclaimant/<br>Cross-Claimant,<br><br>TUVIA ITALIA S.P.A.,<br>Defendant, and<br><br>MSC MEDITERRANEAN SHIPPING<br>COMPANY S.A.,<br>Defendant. | ) | Case No. 4:26-cv-00056-DGK |

**ORDER REGARDING RENEWED MOTION TO WITHDRAW**

This lawsuit concerns who should pay for a machine damaged in transit from Europe to Kansas City. Now before the Court is a renewed motion to withdraw filed by defense counsel for Defendant Progitec MTP S.R.L. ("Progitec"), an Italian corporation. ECF No. 62.

Counsel suggests good cause for withdrawal exists under Local Rule 83.2 because Progitec has discharged them, as evidenced by a letter attached to their motion. Granting withdrawal, however, would leave Progitec without counsel because no new counsel has entered an appearance. This is especially problematic here since as a corporation Progitec cannot represent itself in federal court. *Carr Enters., Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983) ("It is settled law that a corporation may be represented only by licensed counsel.").

The Court rules as follows. The Court will wait thirty days before granting defense counsel leave to withdraw. This will give Progitec ample time to find substitute counsel. If, however,

Progitec fails to obtain substitute counsel within thirty days, the Court will permit existing counsel to withdraw, leaving Progitec subject to default. *See Am. Prod. & Inventory Control, Inc. v. Auxier*, No. 11-0956-cv-SJ-BP, 2013 WL 12155788, at *1–2 (W.D. Mo. Feb. 25, 2013) (granting motion to withdraw subject to thirty-day delay, cautioning the corporate defendant that the court may enter default judgment if it fails to secure new counsel). This procedure will give Progitec ample opportunity to secure new counsel without excessively delaying this litigation or thwarting a timely resolution of this case.

Accordingly, it is hereby ORDERED that Progitec shall obtain substitute counsel who shall file an entry of appearance no later than September 28, 2026.

It is further ORDERED that existing defense counsel shall notify Progitec immediately and serve on it a copy of this order. Existing defense counsel shall file a certification with the Court within ten days that this has been done.

On September 29, 2026, or once substitute counsel has entered an appearance, whichever occurs earlier, the Court will issue an order granting Defense counsel's renewed motion to withdraw.

**IT IS SO ORDERED.**

Date: August 27, 2026

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT