**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| POSEIDON RESOURCES LLC<br>Plaintiff/Counterclaim Defendant,<br>v.<br><br>PROGITEC MTP S.R.L.,<br>Defendant/Cross-Claim Defendant,<br><br>EQUIPNET, INC.,<br>Defendant/Counterclaimant/<br>Cross-Claimant,<br><br>TUVIA ITALIA S.P.A.,<br>Defendant, and<br><br>MSC MEDITERRANEAN SHIPPING<br>COMPANY S.A.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00056-JAM |

**JOINT DISCOVERY STATUS REPORT**

Plaintiff and Defendants EquipNet, Inc. ("EquipNet"), Tuvia, and Progitec,[1] through the undersigned counsel, hereby submit the following Joint Discovery Status Report pursuant to page 6 of the Court's Initial Standing Order for All Civil Cases (Doc. 45):

1. **Written Discovery.**

   a. Defendant EquipNet served its Rule 26(a)(1) Initial Disclosures on May 22, 2026. Defendant Tuvia served its Rule 26(a)(1) Initial Disclosures on July 13, 2026. Plaintiff served its Rule 26(a)(1) Initial Disclosures on August 31, 2026.

   b. Defendant EquipNet served three sets of written discovery on both Plaintiff and defendant Progitec on July 14, 2026: First Interrogatories; First Requests for

[1] Counsel for EquipNet distributed a draft of this Joint Report to counsel for all parties on September 8, 2026 for their review, and later asked them to reply by noon today. However, as of the time of filing of this Joint Report today, counsel for EquipNet had not heard back from counsel for MSC, and so they are not joined in this Report.

Admissions ("RFAs"); and First Requests for Production of Documents ("RFPs").

i. EquipNet received interrogatory and RFP responses (including a document production) from Plaintiff on August 31, 2026. EquipNet sent a golden rule letter to Plaintiff concerning such responses on September 3, 2026, requesting a response to such letter within 10 days. Therefore, and pursuant to Local Rule 37.1(a) and the Court's Scheduling Order, ¶ 5(c), such meet-and-confer process remains ongoing concerning Plaintiff's responses to EquipNet's written discovery. Pursuant to Local Rule 37.1(a), counsel for EquipNet will promptly seek to schedule a telephone conference with the Court should EquipNet and Plaintiff be unable to resolve such discovery dispute in the near future.

ii. EquipNet has not received responses to its written discovery from Defendant Progitec. Progitec's current counsel recently moved to withdraw as counsel for Progitec. The Court's Order of 8/27/2026 (Doc. 63) gave Progitec until September 28, 2026 to obtain substitute counsel. The Order further provided that once such substitute counsel is obtained and has entered an appearance, or once September 28 has passed, whichever occurs earlier, the Court will issue an order granting Progitec's current counsel's request to withdraw. If Progitec does obtain substitute counsel, then counsel for EquipNet intends to take up EquipNet's interrogatories and RFPs to Progitec (which have not been responded to) with such substitute counsel. EquipNet asserts that its

RFAs are deemed admitted. Progitec does not agree that any RFAs have been deemed admitted and reserves all rights, objections, and arguments concerning the RFAs and any alleged failure to timely respond.

c. Plaintiff plans to propound discovery on Defendants by the end of the month and will plan to take one or more depositions in the matter.

d. Defendant Tuvia intends to serve written discovery on the Plaintiff on or about September 14, 2026.

2. **Document Productions**

a. The following document productions have occurred: (1) Defendant EquipNet with its Rule 26(a)(1) Initial Disclosures on May 22, 2026; (2) Defendant Tuvia with its Rule 26(a)(1) Initial Disclosures on July 13, 2026; (3) Plaintiff with its Rule 26(a)(1) Initial Disclosures and discovery responses on August 31, 2026.

3. **Depositions.**

a. No depositions have yet been taken. Defendant EquipNet may take one or more depositions of the other parties, but it will make that determination after the written discovery processes mentioned above have further progressed. On a related point, Defendant EquipNet does not have a present intention to serve any further written discovery, but reserves the right to do so.

4. **Certificates of Service.**

a. The parties have been filing the required Certificates of Service with disclosures and discovery documents.

5. **Settlement Negotiations.**

a. Initial mediation in this case occurred on June 11, 2026. Since that time, there have been some limited further discussions that have occurred between counsel for Plaintiff and counsel for Tuvia. Plaintiff previously reported to the Court on June 29, 2026 (Doc. 55) that Plaintiff and Defendant MSC had agreed in principle to settle all claims against MSC, and that a dismissal would be occurring subsequently.

Respectfully submitted,

*<u>/s/ Jake Miller</u>*
Jake Miller, MO #72292
Grissom Miller Law Firm, LLC
1600 Genessee Street, Ste. 460
Kansas City, MO 64102
T – 816-336-1213
F – 816-384-1623
jake@grissommiller.com
**ATTORNEY FOR THE PLAINTIFF**

BAKER STERCHI COWDEN & RICE LLC

*<u>/s/ Dylan L. Murray</u>*
James Scott Kreamer MO #39682
Dylan L. Murray MO #46373
2400 Pershing Road
Suite 500
Kansas City, Missouri 64108
Tel: 816/471-2121
Fax: 816/472-0288
kreamer@bakersterchi.com
dmurray@bakersterchi.com
**ATTORNEYS FOR DEFENDANT EQUIPNET, INC.**

**The Defendant, TUVIA ITALIA S.P.A.**

By: *<u>/s/ Daniel L. Massey</u>*
Daniel L. Massey, Esq. (MO # 52874)
Stone, Leyton & Gershman, P.C.
7733 Forsyth Boulevard
Suite 500
Saint Louis, MO 63015
(314)721-7011
dmassey@stoneleyton.com

and

Patrick F. Lennon, Esq.
Steven R. Winters, Esq.
Lennon, Murphy & Phillips, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
(212)490-6050
pfl@lmplaw.net
srw@lmplaw.net
*Admitted Pro Hac Vice*

***ATTORNEYS FOR DEFENDANT TUVIA ITALIA S.p.A***

BRYAN CAVE LEIGHTON PAISNER LLP

By: *<u>/s/ Robert J. Hoffman</u>*
Robert J. Hoffman (MO #44486)
Naomi Buie (MO #76565)
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
bob.hoffman@bclplaw.com
naomi.buie@bclplaw.com

**ATTORNEYS FOR DEFENDANT *PROGITEC MTP S.R.L.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record, as identified below.

Christopher J. Seibold
Sarah E. Morrison
Brown & James, P.C.
700 W. 47th St., Suite 420
Kansas City, Missouri 64112
Phone: (816) 472-0800
Fax: (816) 421-1183
cseibold@bjpc.com
smorrison@bjpc.com

-and-

Jon Werner
Montgomery McCracken Walker
& Rhoads, LLP
437 Madison Avenue, 24th Floor
New York, New York 10022
Phone: (212) 867-9500
jwerner@mmwr.com

**ATTORNEYS FOR DEFENDANT**
**MSC MEDITERRANEAN**

*/s/ Dylan L. Murray*