**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| POSEIDON RESOURCES LLC<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PROGITEC MTP S.R.L.,<br>Defendant/Cross-Claim Defendant,<br><br>EQUIPNET, INC.,<br>Defendant/Counterclaimant/<br>Cross-Claimant,<br><br>TUVIA ITALIA S.P.A.,<br>Defendant, and<br><br>MSC MEDITERRANEAN SHIPPING<br>COMPANY S.A.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00056-DGK |

**ORDER TO SHOW CAUSE**

This lawsuit concerns who should pay for a machine damaged in transit from Europe to Kansas City.

On August 27, 2026, the Court issued an order cautioning Defendant Progitec MTP S.R.L. ("Progitec") that it had thirty days to find new attorneys before it would permit existing defense counsel to withdraw, leaving it subject to default.[1] ECF No. 63.

To date, new counsel has not entered an appearance, and in a companion order to this one, the Court permitted existing counsel to withdraw.

[1] Progetic would be subject to default because it cannot represent itself in federal court pro se.

Accordingly, Defendant Progitec is ORDERED to show cause on or before October 20, 2026, why the Clerk should not enter its default pursuant to Federal Rule of Civil Procedure 55(a).

**IT IS SO ORDERED.**

Date: September 29, 2026

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT